No. 79–76.  BLACK *v.* PAYNE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 79–77.  OREGON *v.* McGREW.  Ct. App. Ore.  Certiorari denied.

No. 79–78.  JACKSON *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 79–83.  FINCKH, BY JACKSON, GUARDIAN AD LITEM *v.* FINCKH ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 79–84.  GARRETT *v.* OHIO.  Ct. App. Ohio, Lucas County.  Certiorari denied.

No. 79–87.  CONTRACTORS & BUILDERS ASSOCIATION OF PINELLAS COUNTY ET AL. *v.* CITY OF DUNEDIN, FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 79–89.  NOLAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 79–91.  ALEXANDER ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 79–92.  LINCOLN PARK NURSING HOME ET AL. *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 79–95.  DeGREGORIO *v.* SMITH, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 79–96.  WEATHERFORD *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 79–99.  TREDWAY *v.* DISTRICT OF COLUMBIA.  Ct. App. D. C.  Certiorari denied.

No. 79–106.  TALLY *v.* JOHNSON ET AL.  C. A. 5th Cir.  Certiorari denied.